**STATE of Missouri, Respondent,**

v.

**Deandre C. HIGGINS, Appellant.**

**No. WD 60071.**

Missouri Court of Appeals,
Western District.

July 9, 2002.

John M. Schilmoeller, Asst. Public Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Sara L. Trower, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before HAROLD L. LOWENSTEIN, P.J., JAMES M. SMART, JR., and THOMAS H. NEWTON, JJ.

*Order*

PER CURIAM.

Mr. Deandre C. Higgins appeals his convictions for two counts of delivery of a controlled substance and one count of trafficking narcotics in the second degree.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 30.25(b).